```
D. WARD KALLSTROM, State Bar No. 076937
DONALD P. SULLIVAN, State Bar No. 191080
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
```

Attorneys for Defendants
FIREMAN'S FUND INSURANCE COMPANY and
FIREMAN'S FUND MEDICAL PLAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. SIMPSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>FIREMAN'S FUND INSURANCE COMPANY,<br><br>    Defendant,<br><br>    and<br><br>FIREMAN'S FUND MEDICAL PLAN,<br><br>    Nominal Defendant. | Case No. C 05-00225 CW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

WHEREAS, Plaintiff filed his Motion for Class Certification on Thursday, June 16, 2005;

WHEREAS, Defendants' Opposition to Plaintiff's Motion is currently scheduled to be filed with the Court on Monday, July 25, 2005;

WHEREAS, one of the two attorneys primarily responsible for handling this matter and preparing Defendant's Opposition to Plaintiff's Motion recently resigned from the firm necessitating the reassignment of his responsibilities on this matter to an attorney unfamiliar with the case;

WHEREAS, Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion is currently scheduled to be filed on Thursday, August 25, 2005;

1    WHEREAS, the hearing on Plaintiff's Motion is currently scheduled for Friday, September 23, 2005;

WHEREAS, neither party has requested nor received from the Court a modification of the briefing schedule on Plaintiff's Motion; and

WHEREAS, this Stipulation will not require the modification of any dates in this matter on the Court's calendar.

NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY STIPULATE and AGREE that:

(a) Defendants' time to file their Opposition to Plaintiff's Motion shall be extended by one week from Monday, July 25, 2005 to Monday, August 1, 2005;

(b) Plaintiff's time to file its Reply to Defendants' Opposition to Plaintiff's Motion shall be extended by one week from Thursday, August 25, 2005 to Thursday, September 1, 2005;

(c) The date for the hearing on Plaintiff's Motion shall remain Friday, September 23, 2005.

Dated: July 20, 2005         LEWIS, FEINBERG, RENAKER & JACKSON, P.C.

                             s/Jeffrey Lewis
                             By:   Jeffrey Lewis, Esq.
                                   Attorneys for Plaintiff

Dated: July 20, 2005         MORGAN, LEWIS & BOCKIUS LLP

                             s/Donald P. Sullivan
                             By:   Donald P. Sullivan, Esq.
                                   Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 21, 2005                    /s/ CLAUDIA WILKEN
                                        Hon. Claudia Wilken
                                        U.S. District Judge

2

Case No. C 05-00225 CW
Stip. Re: Briefing Schedule on Plaintiff's Class Cert. Motion