Marc I. Machiz
R. Joseph Barton - CA State Bar No. 212340
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W. Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
E-mail: MMachiz@CMHT.com

Jeffrey Lewis – CA State Bar No. 066587
Vincent Cheng – CA State Bar No. 230827
LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
E-mail: jlewis@lewisfeinberg.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES W. SIMPSON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> FIREMAN'S FUND INSURANCE COMPANY, <br><br> Defendant, <br><br> and <br><br> FIREMAN'S FUND MEDICAL PLAN, <br><br> Nominal Defendant. | Case No. C05-00225 CW <br><br> **ORDER GRANTING STIPULATION EXTENDING CASE DEADLINES** <br><br> [Civil L.R. 6-1] |

   WHEREAS the parties have been actively engaged in discovery as well as settlement negotiations;

   WHEREAS the parties participated in a full-day mediation on October 26, 2005 through

1  the Court's ADR process;

2  WHEREAS the parties wish to continue their settlement negotiations through private
3  mediation between now and early December 2005 to determine if these settlement negotiations
4  will be successful;

5  WHEREAS Plaintiff is currently reviewing documents recently produced by Defendants;

6  WHEREAS Plaintiff would like to complete review of all documents produced by
7  Defendants before taking depositions of individuals who have played a key role in the
8  amendment to the leave of absence policy at issue;

9  WHEREAS, the parties are in the process of meeting and conferring to decide on a
10  mutually agreed-upon mediator, schedule a date for the private mediation, and determine the
11  availability of potential deponents in November and December 2005;

12  WHEREAS, the parties have not requested any prior extensions relating to case deadlines
13  in this action.

14  NOW, THEREFORE,

15  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff James W.
16  Simpson and Defendants Fireman's Fund Insurance Company and Fireman's Fund Medical Plan,
17  through their respective attorneys of record, that the case deadlines be extended by
18  approximately five weeks, as follows:

| | | | |
|---|---|---|---|
| 19 | 1. | Completion of Fact Discovery: | December 20, 2005 |
| 20 | 2. | Disclosure of Identities and Reports of Expert Witnesses: | December 20, 2005 |
| 21 | 3. | Completion of Expert Discovery: | December 20, 2005 |
| 22 | 4. | Plaintiffs' Motion filing cutoff: | January 19, 2006 |
| 23 | 5. | Defendants' Opposition and Cross-Motion: | February 6, 2006 |
| 24 | 6. | Plaintiffs' Reply and Opposition to Cross-Motion: | February 13, 2006 |
| 25 | 7. | Defendants' Reply on Cross-Motion: | February 20, 2006 |

27  / / / / /

28  / / / / /

| | | | |
|---|---|---|---|
| 1 | 8. | Hearing on Dispositive Motions and Final Case Management Conference at 10:00 a.m. on: | March 10, 2006 _____ [previously scheduled for 1/27/06] |
| 4 | 9. | Final Pre-Trial Conference at 1:30 p.m. on: | September 8 _____, 2006; [previously scheduled for 3/10/06] |
| 7 | 10. | Trial: 4-day court trial will begin at 8:30 a.m. on: | September 18, _____, 2006. [previously scheduled for 3/20/06 |

Dated: _____    COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

LEWIS, FEINBERG, RENAKER & JACKSON, P.C.

By:   /s/ Jeffrey Lewis
      Jeffrey Lewis
      Attorneys for Plaintiff

Date: _____    MORGAN, LEWIS & BOCKIUS LLP

By:   /s/ Ward Kallstrom
      D. Ward Kallstrom
      Attorneys for Defendants
      FIREMAN'S FUND INSURANCE
      COMPANY and FIREMAN'S FUND
      MEDICAL PLAN

IT IS SO ORDERED.

Date: 11/9/05
      _____

                          /s/ Claudia Wilken
                          Claudia Wilken
                          UNITED STATES DISTRICT JUDGE