| | |
|---|---|
| 1 | D. WARD KALLSTROM, State Bar No. 076937 |
| | DONALD P. SULLIVAN, State Bar No. 191080 |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| | One Market, Spear Street Tower |
| 3 | San Francisco, CA 94105-1126 |
| | Tel: 415.442.1000 |
| 4 | Fax: 415.442.1001 |
| 5 | Attorneys for Defendants |
| | FIREMAN'S FUND INSURANCE COMPANY and |
| 6 | FIREMAN'S FUND MEDICAL PLAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. SIMPSON, individually and on behalf of all others similarly situated, | Case No. C 05-00225 CW |
| Plaintiff, | **ORDER GRANTING SECOND STIPULATION EXTENDING CASE DEADLINES** |
| vs. | **[Civil L.R. 6-2]** |
| FIREMAN'S FUND INSURANCE COMPANY, | |
| Defendant, | |
| and | |
| FIREMAN'S FUND MEDICAL PLAN, | |
| Nominal Defendant. | |

WHEREAS, the parties have been actively engaged in discovery, as well as settlement negotiations;

WHEREAS, the parties participated in a full-day mediation on October 26, 2005 through the Court's ADR program;

WHEREAS, the parties will be participating in another mediation session with a private mediator, Charles Renfrew, on Monday, December 5, 2005;

WHEREAS, the discovery to date has included four full-day depositions, and the parties have scheduled or are in the process of scheduling three more depositions;

WHEREAS, Plaintiff has served document subpoenas on four non-party witnesses,

including two law firms that performed services for Defendant Fireman's Fund Insurance Company ("Fireman's Fund");

WHEREAS, to date, only one of the subpoenaed parties has produced documents;

WHEREAS, Fireman's Fund intends to move to quash the subpoenas served on the two law firms that provided advice to Fireman's Fund regarding, among other issues, the circumstances giving rise to this action;

WHEREAS, the issue of whether or not the law firms who provided advice to Fireman's Fund's must produce documents in response to the subpoenas may need to be briefed by the parties and decided by the Court;

WHEREAS, Plaintiff's counsel would like to complete their review of the documents previously produced in this case and produced in response to the subpoenas before taking depositions of non-party witnesses;

WHEREAS, the parties submitted a stipulation and proposed order on November 8, 2005 requesting that the Court extend the case-related deadlines by approximately five weeks;

WHEREAS, the Court signed the proposed order, except continued the original pre-trial conference and trial dates by approximately six months;

WHEREAS, the relief requested in this Stipulation will not delay the resolution of this case because it does not seek to re-set the dates for the Final Pre-Trial Conference or Trial (in fact, the proposed date for the hearing on the cross motions for summary judgment is approximately five months before the trial date);

NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY STIPULATE and AGREE that the case-related deadlines shall be extended by approximately six weeks, as follows:

| | | | |
|---|---|---|---|
| 1. | Completion of Fact Discovery: | | January 31, 2006 |
| 2. | Disclosure of Identities and Reports of Expert Witnesses: | | January 31, 2006 |
| 3. | Completion of Expert Discovery: | | January 31, 2006 |
| 4. | Plaintiffs' Dispositive Motion Filing Cutoff: | | March 2, 2006 |

| | | |
|---|---|---|
| 5. | Defendants' Opposition and Cross-Motion: | March 20, 2006 |
| 6. | Plaintiffs' Reply and Opposition to Cross-Motion: | March 27, 2006 |
| 7. | Defendants' Reply on Cross-Motion: | April 3, 2006 |
| 8. | Hearing on Dispositive Motions and Final Case Management Conference at 10:00 a.m. on: | April 21, 2006 [Previously scheduled for March 10, 2006] |

The following case-related dates remain unchanged:

| | | |
|---|---|---|
| 1. | Final Pre-Trial Conference at 1:30 p.m. on: | September 8, 2006 |
| 2. | Trial: 4-day court trial will begin at 8:30 a.m. on: | September 18, 2006 |

**IT IS SO STIPULATED:**

Dated: November 29, 2005         COHEN, MILLSTEIN, HAUSFELD, & TOLL, P.L.L.C.

LEWIS, FEINBERG, RENAKER & JACKSON, P.C.

                                                s/Jeffrey Lewis
                                        By:    Jeffrey Lewis, Esq.
                                                Attorneys for Plaintiff

Dated: November 29, 2005         MORGAN, LEWIS & BOCKIUS LLP

                                                s/Donald P. Sullivan
                                        By:    D. Ward Kallstrom, Esq.
                                                Donald P. Sullivan, Esq.
                                                Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/30/05                                /s/ CLAUDIA WILKEN

                                                Hon. Claudia Wilken
                                                U.S. District Judge

1-SF/7318097.2

Case No. C 05-00225 CW
Second Stip. and [Prop.] Order Extending Case Deadlines

3