MARC I. MACHIZ
R. JOSEPH BARTON – CA State Bar No. 212340
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W. Suite 500
Washington, D.C.  20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
E-mail: MMachiz@CMHT.com

JEFFREY LEWIS – CA State Bar No. 66587
VINCENT CHENG – CA State Bar No. 230827
MICHELLE ROBERTS – CA State Bar No. 239092
LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
E-mail: jlewis@lewisfeinberg.com

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. SIMPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIREMAN'S FUND INSURANCE COMPANY,<br><br>Defendant,<br><br>and<br><br>FIREMAN'S FUND MEDICAL PLAN,<br><br>Nominal Defendant. | Case No. C 05-00225 CW<br><br>**ORDER GRANTING THIRD STIPULATION EXTENDING CERTAIN LIMITED CASE DEADLINES**<br><br>**[Civil L.R. 6-2]** |

WHEREAS, discovery concluded on January 31, 2006;

WHEREAS, the parties have been actively engaged in and have completed nearly all discovery except the items set forth herein;

1       WHEREAS, Defendants' counsel is still in the process of producing certain documents to

2  Plaintiff's counsel, and the Parties are currently attempting to resolve several outstanding issues

3  relating to responses to discovery;

4       WHEREAS, Plaintiff represents that his counsel has contacted counsel for non-party

5  Watson Wyatt regarding the scheduling of a deposition of a custodian of records.  In lieu of a

6  deposition of a Watson Wyatt custodian of records, the Parties and non-Party Watson Wyatt have

7  agreed that the Watson Wyatt custodian of records may authenticate the documents in its

8  possession in the form of a declaration.  Nothing in this stipulation shall be considered a waiver

9  of Defendants' ability to object to the introduction of documents from Watson Wyatt on any

10 ground other than authenticity or that the testimony was by means of declaration rather than

11 deposition or in person at trial.

12      WHEREAS, the relief requested in this Stipulation will not delay the resolution of this

13 case because it does not seek to re-set the dates for the Final Pre-Trial Conference or Trial.  In

14 fact, the proposed date for the hearing on the cross motions for summary judgment is

15 approximately five months before the trial date.

16      NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY

17 STIPULATE and AGREE that only the following case-related deadlines shall be extended as

18 follows:

19      1.    The Parties agree that the Watson Wyatt custodian of records may authenticate the

20 documents it has produced in this case and provide other foundational information by declaration

21 as if made via deposition.  If Watson Wyatt does not provide such a declaration, Plaintiff may

22 petition this Court for leave to telephonically depose the Watson Wyatt custodian of records after

23 the date for completion of discovery.  Defendants will not oppose such a request, so long as the

24 request is made by Monday, February 20, 2006.

25      2.    The deadline for either Plaintiff or Defendants to file a motion to compel any

26 outstanding discovery shall be extended to 7 calendar days after the opposing side advises that it

27 has provided all discovery which it intends to provide pursuant to any previously served

28 document requests and/or interrogatories.

1    3.    All other pre-trial deadlines shall remain unchanged.

**IT IS SO STIPULATED:**

Dated: February 14, 2006          COHEN, MILLSTEIN, HAUSFELD, & TOLL, P.L.L.C.

                                                  LEWIS, FEINBERG, RENAKER & JACKSON, P.C.

                                                  s/Jeffrey Lewis
By:  Jeffrey Lewis, Esq.
      Attorneys for Plaintiff

Dated: February 14, 2006          MORGAN, LEWIS & BOCKIUS LLP

                                                  s/D. Ward Kallstrom
By:  D. Ward Kallstrom, Esq.
      Donald P. Sullivan, Esq.
      Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/16/06          /s/ CLAUDIA WILKEN

                                                          Hon. Claudia Wilken
                                                          U.S. District Judge