D. WARD KALLSTROM, State Bar No. 076937
DONALD P. SULLIVAN, State Bar No. 191080
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001

Attorneys for Defendants
FIREMAN'S FUND INSURANCE COMPANY and
FIREMAN'S FUND MEDICAL PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. SIMPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIREMAN'S FUND INSURANCE COMPANY,<br><br>Defendant,<br><br>and<br><br>FIREMAN'S FUND MEDICAL PLAN,<br><br>Nominal Defendant. | Case No. C 05-00225 CW<br><br>**ORDER GRANTING STIPULATION MODIFYING DEADLINES FOR DISPOSITIVE MOTIONS AND TRIAL SCHEDULE TO ALLOW PARTIES TO COMPLETE MEDIATION SESSION BEFORE JUDGE RENFREW**<br><br>[Civil L.R. 6-1 and 2] |

    WHEREAS, the parties have been actively engaged in attempting to resolve this case through mediation;

    WHEREAS, the parties participated in a full-day mediation on October 26, 2005 through the Court's ADR program;

    WHEREAS, believing that a mediated resolution of this action was possible, the parties engaged in a full-day mediation on December 5, 2005 before the Honorable Charles B. Renfrew (Ret.);

    WHEREAS, the parties made progress at the December 5, 2005 mediation and agreed to

Case No. C 05-00225 CW
Stip. and [Prop.] Order Modifying Dispositive Motion
and Trial Schedule

1. exchange additional information about the demographics of the class so that the parties could determine if another mediation session would be productive;

2. WHEREAS, the parties exchanged and reviewed the requested information in January and February 2006;

3. WHEREAS, the parties have concluded that further settlement discussions and, possibly, an additional mediation session before Judge Renfrew would be productive and may result in the resolution of this case;

4. WHEREAS, the named plaintiff in this action, James W. Simpson, can participate in another mediation session only if it is held on a Friday due to his declining health;

5. WHEREAS, the first Friday Judge Renfrew and the parties are available is Friday, April 28, 2006;

6. WHEREAS, the parties wish to move the settlement negotiations in this case forward as expeditiously as possible;

7. WHEREAS, the Court's November 30, 2005 Order, which established a briefing schedule for cross dispositive motions, requires (1) Plaintiff to file his motion for summary judgment on March 2, 2006, (2) Defendants to file their Opposition and Cross-Motion on March 20, 2006, (3) Plaintiff to file his Reply and Opposition to Cross-Motion on March 27, 2006, and (4) Defendants to file their Reply on Cross-Motion on April 3, 2006;

8. WHEREAS, the parties desire to avoid incurring the expense associated with briefing cross motions for summary judgment while settlement remains a possibility;

9. WHEREAS, the Court is in recess from June 1, 2006 through August 31, 2006;

10. WHEREAS, the parties have filed two stipulations and proposed orders requesting changes to the dispositive motion briefing schedule to allow the parties to fully develop the record and mediate the dispute; and

11. WHEREAS, the parties have not previously requested a continuance of the trial date.

NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY STIPULATE and AGREE as follows:

1. The dispositive motion briefing and trial schedule shall be revised as follows to

1 | allow the parties to participate in a mediation session before Judge Renfrew on April 28, 2006:

    a.    Plaintiffs' Dispositive Motion Filing Cutoff:    June 2, 2006

    b.    Defendants' Opposition and Cross-Motion:    June 23, 2006

    c.    Plaintiffs' Reply and Opposition to Cross-Motion:    July 7, 2006

    d.    Defendants' Reply on Cross-Motion:    July 21, 2006

    e.    Hearing on Dispositive Motions and Final Case Management Conference at 10:00 a.m. on:    September 8, 2006

    f.    Final Pre-Trial Conference at 1:30 p.m. on:    December 22, 2006 [or the soonest date the Court has available after December 22, 2006]

    g.    Trial: 4-day court trial will begin at 8:30 a.m. on:    January 8, 2007 [or the soonest date the Court has available after January 8, 2007]

2. Defendant Fireman's Fund will extend the eligibility period for those class members currently enrolled in COBRA coverage to 29 months from the date the class member's employment was terminated or to 30 days after the Court enters a final judgment following trial, whichever is longer.

**IT IS SO STIPULATED:**

Dated: March 2, 2006    COHEN, MILLSTEIN, HAUSFELD, & TOLL, P.L.L.C.

    LEWIS, FEINBERG, RENAKER & JACKSON, P.C.

    s/Jeffrey Lewis
By:    Jeffrey Lewis, Esq.
Attorneys for Plaintiff

[SIGNATURES CONTINUED ON NEXT PAGE]

Dated: March 2, 2006          MORGAN, LEWIS & BOCKIUS LLP

                                    s/Donald P. Sullivan
                         By:  D. Ward Kallstrom, Esq.
                              Donald P. Sullivan, Esq.
                              Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

The dispositive motion briefing and trial schedule shall be as follows:

| | |
|---|---|
| -Plaintiffs' Dispositive Motion Filing Cutoff: | June 2, 2006 |
| -Defendants' Opposition and Cross-Motion: | June 23, 2006 |
| -Plaintiffs' Reply and Opposition to Cross-Motion: | July 7, 2006 |
| -Defendants' Reply on Cross-Motion: | July 21, 2006 |
| -Hearing on Dispositive Motions and Final Case Management Conference at 10:00 a.m. on: | September 8, 2006 |
| -Final Pre-Trial Conference at 1:30 p.m. on: | December 22, 2006 |
| -Trial: 4-day court trial will begin at 8:30 a.m. on: | January 8, 2007 |

Dated:  3/3/06                              /s/ CLAUDIA WILKEN

                                            Hon. Claudia Wilken
                                            U.S. District Judge