1  D. WARD KALLSTROM, State Bar No. 076937
   DONALD P. SULLIVAN, State Bar No. 191080
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:  415.442.1000
4  Fax:  415.442.1001

5  Attorneys for Defendants
   FIREMAN'S FUND INSURANCE COMPANY and
6  FIREMAN'S FUND MEDICAL PLAN

7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10 | JAMES W. SIMPSON, individually and on behalf of all others similarly situated, | Case No. C 05-00225 CW |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT AND STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| FIREMAN'S FUND INSURANCE COMPANY, | |
| Defendant, | |
| and | |
| FIREMAN'S FUND MEDICAL PLAN, | |
| Nominal Defendant. | |

   WHEREAS, the parties entered into a signed agreement in principal to settle this class action case on April 26, 2006;

   WHEREAS, the parties have exchanged drafts of the Settlement Agreement, Notice of Class Settlement, Motion for Preliminary Approval, [Proposed] Procedural Order, and [Proposed] Order and Final Judgment;

   WHEREAS, the parties are in the process of finalizing the above-described documents for submission to the Court; and

   / / /

   / / /

WHEREAS, the parties anticipate that they will be able to submit the documents to the Court within the next four weeks;

NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY STIPULATE and AGREE that:

(a) the Case Management Conference scheduled for Friday, September 8, 2006 shall be continued by six weeks to Friday, October 20, 2006.

Dated: September 7, 2006    LEWIS, FEINBERG, RENAKER & JACKSON, P.C.

s/Jeffrey Lewis (authorized on September 7, 2006)
By: Jeffrey Lewis, Esq.
Attorneys for Plaintiff

Dated: September 7, 2006    MORGAN, LEWIS & BOCKIUS LLP

s/Donald P. Sullivan
By: Donald P. Sullivan, Esq.
Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September __7__, 2006

/s/ CLAUDIA WILKEN

Hon. Claudia Wilken
U.S. District Judge