| | |
|---|---|
| 1 | D. WARD KALLSTROM, State Bar No. 076937 |
| | DONALD P. SULLIVAN, State Bar No. 191080 |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| | One Market, Spear Street Tower |
| 3 | San Francisco, CA  94105-1126 |
| | Tel:  415.442.1000 |
| 4 | Fax:  415.442.1001 |
| 5 | Attorneys for Defendants |
| | FIREMAN'S FUND INSURANCE COMPANY and |
| 6 | FIREMAN'S FUND MEDICAL PLAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. SIMPSON, individually and on behalf of all others similarly situated, | Case No. C 05-00225 CW |
| Plaintiff, | **NOTICE OF SETTLEMENT AND STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| FIREMAN'S FUND INSURANCE COMPANY, | |
| Defendant, | |
| and | |
| FIREMAN'S FUND MEDICAL PLAN, | |
| Nominal Defendant. | |

WHEREAS, the parties entered into a signed agreement in principal to settle this class action case on April 26, 2006;

WHEREAS, the parties have exchanged drafts of the Settlement Agreement, Notice of Class Settlement, Motion for Preliminary Approval, [Proposed] Preliminary Approval Order, and [Proposed] Order and Final Judgment;

WHEREAS, the parties have exchanged comments on the drafts of the above-described documents;

WHEREAS, the parties will be meeting on Friday, October 20, 2006 at 1:00 p.m. to finalize the above-described documents for submission to the Court for preliminary approval; and

1  WHEREAS, the parties anticipate that they will be able to submit the documents to the
2  Court, including the Motion for Preliminary Approval of the Settlement, within the next four
3  weeks;
4  NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY
5  STIPULATE and AGREE that:
6  (a)  the Case Management Conference scheduled for Friday, October 20, 2006
7  shall be continued by four weeks to Friday, November 17, 2006.

Dated: October 18, 2006    LEWIS, FEINBERG, RENAKER & JACKSON, P.C.

    s/Jeffrey Lewis (authorized on October 18, 2006)
By: Jeffrey Lewis, Esq.
    Attorneys for Plaintiff

Dated: October 18, 2006    MORGAN, LEWIS & BOCKIUS LLP

    s/Donald P. Sullivan
By: Donald P. Sullivan, Esq.
    Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  October _19, 2006

    Hon. Claudia Wilken
    U.S. District Judge

Case No. C 05-00225 CW
Notice of Settlement and Stip to Continue CMC

2