| | |
|---|---|
| 1 | Jeffrey Lewis – CA SBN 66587 |
| | Vincent Cheng – CA SBN 230827 |
| 2 | Michelle Roberts – CA SBN 239092 |
| | **Lewis, Feinberg, Renaker & Jackson, P.C.** |
| 3 | 1330 Broadway, Suite 1800 |
| | Oakland, CA  94612 |
| 4 | Telephone:     (510) 839-6824 |
| | Facsimile:      (510) 839-7839 |
| 5 | jlewis@lewisfeinberg.com |
| 6 | Marc I. Machiz |
| | R. Joseph Barton –  CA SBN 212340 |
| 7 | **Cohen, Milstein, Hausfeld & Toll, P.L.L.C.** |
| | 1100 New York Ave., NW, Suite 500 |
| 8 | Washington, DC  20005-3964 |
| | Telephone:     (202) 408-4600 |
| 9 | Facsimile:      (202) 408-4699 |
| | mmachiz@cmht.com |
| 10 | |
| | Attorneys for Plaintiff and Class |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. SIMPSON, individually and on behalf of all others similarly situated, | Case No. C 05-00225 CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER VACATING NOVEMBER 17, 2006 CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR FILING OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**    AS MODIFIED |
| vs. | |
| FIREMAN'S FUND INSURANCE COMPANY, | |
| Defendant, | |
| and | |
| FIREMAN'S FUND MEDICAL PLAN, | |
| Nominal Defendant. | |

WHEREAS, the parties entered into a signed agreement in principle to settle this class action on April 26, 2006;

WHEREAS, the parties have exchanged drafts of the Settlement Agreement and Exhibits thereto, Notice of Class Settlement, Motion for Preliminary Approval, [Proposed] Procedural Order, and [Proposed] Order and Final Judgment;

1  WHEREAS, the parties met on Friday, October 20, 2006 and made substantial progress toward finalizing the above-described documents and are in the process of completing finalization of those documents for submission to the Court for preliminary approval; and

WHEREAS, the parties anticipate that they will submit the above-described documents to the Court, including the Motion for Preliminary Approval of the Settlement, by December 8, 2006;

NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY STIPULATE and AGREE that:

(a) the Case Management Conference scheduled for Friday, November 17, 2006 shall be vacated;

(b) the parties will submit to the Court the Settlement Agreement and Exhibits thereto, Notice of Class Settlement, Motion for Preliminary Approval, [Proposed] Procedural Order, and [Proposed] Order and Final Judgment, on or before December 8, 2006.

Dated: November 16, 2006     LEWIS, FEINBERG, RENAKER & JACKSON, P.C.

　　　　　　　　　　　　　　　s/Michelle Roberts
　　　　　　　　　　　　　By:   Michelle Roberts, Esq.
　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated: November 16, 2006     MORGAN, LEWIS & BOCKIUS LLP

　　　　　　　　　　　　　　　s/Donald P. Sullivan (authorized on Nov. 16, 2006)
　　　　　　　　　　　　　By:   Donald P. Sullivan, Esq.
　　　　　　　　　　　　　　　Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO 12/15/06, BUT WILL BE VACATED IF MOTION FILED.

Dated: November 17, 2006

　　　　　　　　　　　　　　　／s／ Claudia Wilken
　　　　　　　　　　　　　　　Hon. Claudia Wilken
　　　　　　　　　　　　　　　U.S. District Judge