Jeffrey Lewis – CA SBN 66587
Vincent Cheng – CA SBN 230827
Michelle Roberts – CA SBN 239092
**Lewis, Feinberg, Renaker & Jackson, P.C.**
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone:     (510) 839-6824
Facsimile:      (510) 839-7839
jlewis@lewisfeinberg.com

Marc I. Machiz
R. Joseph Barton –  CA SBN 212340
**Cohen, Milstein, Hausfeld & Toll, P.L.L.C.**
1100 New York Ave., NW, Suite 500
Washington, DC  20005-3964
Telephone:     (202) 408-4600
Facsimile:      (202) 408-4699
mmachiz@cmht.com

Attorneys for Plaintiff and Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. SIMPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIREMAN'S FUND INSURANCE COMPANY,<br><br>Defendant,<br><br>and<br><br>FIREMAN'S FUND MEDICAL PLAN,<br><br>Nominal Defendant. | Case No. C 05-00225 CW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR FILING OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

    WHEREAS, the parties entered into a signed agreement in principle to settle this class

action on April 26, 2006;

    WHEREAS, the parties have exchanged drafts of the Settlement Agreement and Exhibits

thereto, Notice of Class Settlement, Motion for Preliminary Approval, [Proposed] Procedural

1  Order, and [Proposed] Order and Final Judgment;

2         WHEREAS, the parties met on Friday, October 20, 2006 and made substantial progress

3  toward finalizing the above-described documents and are in the process of completing finalization

4  of those documents for submission to the Court for preliminary approval;

5         WHEREAS, the parties reached preliminary agreement on the terms of the settlement on

6  or before November 29, 2006;

7         WHEREAS, FFIC's Executive Management Team ("EMT") which has sole authority to

8  approve the agreement on behalf of FFIC did not provide FFIC's outside counsel with its

9  comments and questions regarding the draft of the settlement agreement until Thursday,

10  December 6, 2006;

11         WHEREAS, the EMT sought additional revisions to the agreement;

12         WHEREAS, the parties have reached agreement on all but two provisions of this very

13  complex settlement agreement; and

14         WHEREAS, the parties anticipate that they will submit the above-described documents to

15  the Court, including the Motion for Preliminary Approval of the Settlement, by December 14,

16  2006;

17         NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY

18  STIPULATE and AGREE that:

19         (a)    the parties will submit to the Court the Settlement Agreement and Exhibits thereto,

20                Notice of Class Settlement, Motion for Preliminary Approval, [Proposed]

21                Procedural Order, and [Proposed] Order and Final Judgment, on or before

22                December 14, 2006.

23

24  Dated: December 8, 2006          LEWIS, FEINBERG, RENAKER & JACKSON, P.C.

25                                      s/Michelle Roberts (authorized on Dec. 8, 2006)
                                  By:   Michelle Roberts, Esq.
26                                      Attorneys for Plaintiff

27  [SIGNATURES CONTINUED ON NEXT PAGE]

28

Dated: December 8, 2006                    MORGAN, LEWIS & BOCKIUS LLP


                                           _____s/Donald P. Sullivan_____
                                           By:    Donald P. Sullivan, Esq.
                                                  Attorneys for Defendant



                              **[PROPOSED] ORDER**

        For good cause shown, it is hereby ordered that the parties will submit to the Court the

Settlement Agreement and Exhibits thereto, Notice of Class Settlement, Motion for Preliminary

Approval, [Proposed] Procedural Order, and [Proposed] Order and Final Judgment, on or before

December 14, 2006.    The Further Case Management Conference set for 12/15/06 is vacated.



Dated:  December___11, 2006               _____
                                                    Hon. Claudia Wilken
                                                    U.S. District Judge