| | |
|---|---|
| 1 | Jeffrey Lewis – CA SBN 66587 |
| | Vincent Cheng – CA SBN 230827 |
| 2 | Michelle Roberts – CA SBN 239092 |
| | **Lewis, Feinberg, Renaker & Jackson, P.C.** |
| 3 | 1330 Broadway, Suite 1800 |
| | Oakland, CA  94612 |
| 4 | Telephone:      (510) 839-6824 |
| | Facsimile:       (510) 839-7839 |
| 5 | jlewis@lewisfeinberg.com |
| 6 | Marc I. Machiz |
| | R. Joseph Barton –  CA SBN 212340 |
| 7 | **Cohen, Milstein, Hausfeld & Toll, P.L.L.C.** |
| | 1100 New York Ave., NW, Suite 500 |
| 8 | Washington, DC  20005-3964 |
| | Telephone:      (202) 408-4600 |
| 9 | Facsimile:       (202) 408-4699 |
| | mmachiz@cmht.com |
| 10 | |
| | Attorneys for Plaintiff and Class |
| 11 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. SIMPSON, individually and on behalf of all others similarly situated, | Case No. C 05-00225 CW |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DEADLINE FOR FILING OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| vs. | |
| FIREMAN'S FUND INSURANCE COMPANY, | |
| Defendant, | |
| and | |
| FIREMAN'S FUND MEDICAL PLAN, | |
| Nominal Defendant. | |

WHEREAS, the parties entered into a signed agreement in principle to settle this class action on April 26, 2006;

WHEREAS, the parties have exchanged numerous drafts of the Settlement Agreement and Exhibits thereto, Notice of Class Settlement, Motion for Preliminary Approval, [Proposed] Procedural Order, and [Proposed] Order and Final Judgment;

1  WHEREAS, the parties reached preliminary agreement on the terms of the settlement on
2  or before November 29, 2006;

3  WHEREAS, FFIC's Executive Management Team ("EMT") which has sole authority to
4  approve the agreement on behalf of FFIC did not provide FFIC's outside counsel with its
5  comments and questions regarding the draft of the settlement agreement until Thursday,
6  December 6, 2006;

7  WHEREAS, the EMT sought additional revisions to the agreement;

8  WHEREAS, the parties have continued negotiations and have reached agreement on all
9  but one provision of this very complex settlement agreement on December 15, 2006; and

10  WHEREAS, the parties anticipate that they will submit the above-described documents to
11  the Court, including the Motion for Preliminary Approval of the Settlement, by December 19,
12  2006;

13  NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY
14  STIPULATE and AGREE that:

15  (a)   the parties will submit to the Court the Settlement Agreement and Exhibits thereto,
16        Notice of Class Settlement, Motion for Preliminary Approval, [Proposed]
17        Procedural Order, and [Proposed] Order and Final Judgment, on or before
18        December 19, 2006.

Dated: December 15, 2006            LEWIS, FEINBERG, RENAKER & JACKSON, P.C.

                                    s/Michelle Roberts
                                    By:   Michelle Roberts, Esq.
                                          Attorneys for Plaintiff

Dated: December 15, 2006            MORGAN, LEWIS & BOCKIUS LLP

                                    s/Donald P. Sullivan (authorized on Dec. 15, 2006)
                                    By:   Donald P. Sullivan, Esq.
                                          Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  December_19, 2006           _____
                                    Hon. Claudia Wilken
                                    U.S. District Judge