IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES W. SIMPSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>FIREMAN'S FUND INSURANCE COMPANY,<br><br>    Defendant,<br><br>  and<br><br>FIREMAN'S FUND MEDICAL PLAN,<br><br>    Nominal Defendant. | Case No. C05-00225 CW<br><br>**ORDER GRANTING CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS AND CLASS REPRESENTATIVE SERVICE PAYMENT** |

WHEREAS, the Court having considered the Stipulation and Agreement of Compromise and Settlement of Class Action ("Settlement Agreement"), and having preliminarily approved the same on January 5, 2007;

WHEREAS, the Court having entered an Order directing that notice be given to the Class, and notice having been individually mailed or e-mailed to the Class, and the Court having conducted a Fairness Hearing concerning the proposed settlement;

WHEREAS, the Court having entered final approval of this class action settlement;

WHEREAS, the Court having reviewed Class Counsel's Notice of Motion and Motion for Award of Attorneys' Fees and Costs and Class Representative Service Payment; Memorandum of Points and Authorities in Support Thereof; and

WHEREAS, the Court having reviewed the entire record of this action, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. To the extent defined in the Settlement Agreement, attached as Exhibit A to Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement; Memorandum of Points and Authorities in Support Thereof, and incorporated herein by reference, the terms in this Order shall have the meanings set forth therein.

2. The Court has jurisdiction over the subject matter of this action, the Defendants, and the Class.

3. Notice of the requested award of attorneys' fees and reimbursement of costs and expenses was directed to Class members in a reasonable manner through first-class mailing to their most recent known addresses or by electronic mail, and complies with Rule 23(h)(1) of the Federal Rules of Civil Procedure;

4. Class members and any party from whom payment is sought have been given the opportunity to object in compliance with Fed. R. Civ. P. 23(h)(2);

5. The Court has examined Class Counsel's request for an award of attorneys' fees, costs, and expenses, and for a class representative service payment. The Court finds that Class Counsel has devoted substantial time to this litigation for the benefit of the Class, represented the Class on a contingent fee basis, and obtained an excellent result for the Class. The Court further finds that Class Counsel's requested lodestar fee award of $536,582.81 is reasonable in light of the factors listed above and of the fact that the fees requested represent only 70% of Class Counsel's total lodestar. *See Kerr v. Screen Extras Guild, Inc.*, 526 F.2d 67, 70 (9th Cir. 1975).

6. The Court further finds that the hourly rates requested - $700 per hour for Jeffrey Lewis, $330 per hour for Vincent Cheng, $290 per hour for Michelle Roberts, $580 per hour for Marc Machiz, $325 per hour for R. Joseph Barton, $200 for law clerk time, and $180 for paralegal time - are reasonable and in line with those prevailing in the community for similar services of lawyers of reasonably comparable skill, experience, and reputation.

7. The Court further finds that the $58,417.19 in litigation costs and expenses incurred by Class Counsel through the course of the litigation have been adequately documented and were reasonably incurred for the benefit of the Class. The Court finds that reimbursement of costs and expenses in the amount of $58,417.19 is reasonable and justified.

8. Therefore, in accordance with the terms of the Settlement, Defendant FFIC is ordered to pay Class Counsel within fifteen (15) days $536,582.81 in fees and $58,417.19 in costs and expenses.

9. The Court approves the payment of $5,000 to Class Representative James Simpson. This payment is for his service on behalf of the Class which required of him

substantial time and effort, as detailed in the papers submitted by Class Counsel.  This payment is in addition to any amounts due him under the terms of the Settlement.

       10.      Therefore, in accordance with the terms of the Settlement, Defendant FFIC is ordered to pay Mr. Simpson within fifteen (15) days $5,000 as a class representative service payment.

**IT IS SO ORDERED.**

Dated: March 30, 2007



_____
Claudia Wilken
United States District Court Judge