1  D. WARD KALLSTROM, State Bar No. 076937
   DONALD P. SULLIVAN, State Bar No. 191080
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:  415.442.1000
4  Fax:  415.442.1001

5  Attorneys for Defendants
   FIREMAN'S FUND INSURANCE COMPANY and
6  FIREMAN'S FUND MEDICAL PLAN

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. SIMPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIREMAN'S FUND INSURANCE COMPANY,<br><br>Defendant,<br><br>and<br><br>FIREMAN'S FUND MEDICAL PLAN,<br><br>Nominal Defendant. | Case No. C 05-00225 CW<br><br>**STIPULATION AND ORDER MODIFYING EXHIBIT F TO THE STIPULATION AND AGREEMENT OF COMPROMISE AND SETTLEMENT OF CLASS ACTION THAT WAS APPROVED BY THE COURT ON MARCH 30, 2007** |

1     WHEREAS, counsel for Plaintiff James W. Simpson ("Plaintiff") filed an Unopposed
2 Motion for Preliminary Approval of Class Action Settlement ("Motion") on December 22, 2006;

3     WHEREAS, attached to the Motion was the parties' Stipulation and Agreement of
4 Compromise and Settlement of Class Action ("Settlement Agreement");

5     WHEREAS, Exhibit F to the Settlement Agreement identifies Amy Fuchs as a Terminated
6 Employee Class Member ("TECM");

7     WHEREAS, the Court granted Plaintiff's Motion and approved the Settlement Agreement
8 on March 30, 2007;

9     WHEREAS, during the administration of the Settlement Agreement, defendant Fireman's
10 Fund Insurance Company ("FFIC") determined from its records that Ms. Fuchs does not satisfy
11 the definition of a TECM because she was not enrolled in FFIC's Medical Plan at the time her
12 employment was terminated.  She should, therefore, not have been identified as a TECM in
13 Exhibit F to the Settlement Agreement;

14     WHEREAS, Plaintiff's counsel attempted to contact Ms. Fuchs at the home telephone
15 number provided by FFIC, but the telephone number was disconnected;

16     WHEREAS, Plaintiff's counsel conducted an Accurint search for Ms. Fuchs' home
17 telephone number and obtained a current listing;

18     WHEREAS, on July 3, 2007 Plaintiff's counsel left a telephone message at Ms. Fuchs'
19 home to confirm that she did not satisfy the definition of a class member, but Ms. Fuchs did not
20 return the telephone call;

21     WHEREAS, by letter dated July 7, 2007, Plaintiff's counsel wrote to Ms. Fuchs to
22 confirm that she did not satisfy the definition of a class member.  Plaintiff's counsel explained in
23 the letter that if they did not hear from her by July 20, 2007, they would conclude that the
24 information indicating she is not a class member is correct.  Plaintiff's counsel enclosed in the
25 / / /
26 / / /
27 / / /
28 / / /

1  letter a copy of the Class Notice and a Proof of Claim Form.  Ms. Fuchs has not responded to the
2  letter and the letter was not returned as undeliverable; and
3      WHEREAS, Ms. Fuchs has not requested to participate in the settlement of this action or
4  receive any of the relief provided to class members under the terms of the Settlement Agreement.
5      NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY
6  STIPULATE and AGREE that:
7      (a)    Exhibit F to the Settlement Agreement is modified to remove
8      the name "Amy Fuchs" from the list of class members.
9      (b)    Amy Fuchs is not a class member entitled to any benefits under
10     the Settlement Agreement nor has she waived or released any
11     claims under the Settlement Agreement.

Dated: September 5, 2007    LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

    s/Jeffrey Lewis (as authorized on 9/4/2007)
By:    Jeffrey Lewis, Esq.
    Attorneys for Plaintiff

Dated: September 5, 2007    MORGAN, LEWIS & BOCKIUS LLP

    s/Donald P. Sullivan
By:    Donald P. Sullivan, Esq.
    Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/12, 2007

    Hon. Claudia Wilken
    U.S. District Judge

1-SF/7595471.2

Case No. C 05-00225 CW
Stip. to Modify Settlement Agreement, Ex. F

3